UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO CANDELA ARELLANES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No.  1:26-cv-02210-DAD-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENTS' MOTION TO DISMISS<br><br>(Doc. Nos. 1, 6, 14) |

Petitioner Gilberto Candela Arellanes is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 7.)  Specifically, the magistrate judge found that petitioner was not properly detained pursuant to 8 U.S.C. § 1226(c) but instead pursuant to 8 U.S.C. § 1226(a).  (*Id.* at 2–4.)  The magistrate judge found, in light of petitioner's specific criminal history and respondent's arguments in this action, that a bond hearing was the appropriate remedy here.  (*Id.* at 5–6.)  The pending findings and recommendations were served on the parties and contained notice that  any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)  On May 5,

1

2026, respondent filed its objections to the pending findings and recommendations which comprise a single sentence stating that it objects for the same reasons presented in its prior briefing. (Doc. No. 9.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations issued on April 28, 2026 (Doc. No. 7) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.    Within ten (10) days of the date of this order, respondent is ORDERED to provide petitioner with a bond hearing before an immigration judge, with at least three (3) days prior notice of the date of the hearing, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;

3.    The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

4.    The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2